James E. ALEXANDER, Appellant,

v.

TENSION ENVELOPE, Respondent.

No. WD 52101.

Missouri Court of Appeals,
Western District.

June 25, 1996.

Stanley Wiles, Kansas City, for appellant.

Jeffrey O'Connor, Stephanie Warmund, Kansas City, for respondent.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM.

James Alexander appeals from the decision of the Labor and Industrial Relations Commission denying his claim for workers' compensation. Affirmed. Rule 84.16(b).